OSCN Found Document:IN RE AMENDMENT TO RULE 5 OF RULES GOVERNING ADMISSION TO PRACTICE OF LAW

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 IN RE AMENDMENT TO RULE 5 OF RULES GOVERNING ADMISSION TO PRACTICE OF LAW
2024 OK 71
Case Number: SCBD-7743
Decided: 10/07/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 71, __ P.3d __

 

In Re: Amendment to Rule Five of the Rules Governing Admission to the Practice of Law, 5 O.S. 2011, Ch. 1, app. 5

ORDER

This matter comes on before this Court upon an Application to Amend Rule Five of the Rules Governing Admission to the Practice of Law, 5 O.S. 2011, Ch. 1, app 5. This Court finds that it has jurisdiction over this matter and the Rules are hereby amended as set out in Exhibit A attached hereto.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 7th DAY OF OCTOBER, 2024.

/S/CHIEF JUSTICE

Kane, C.J., Kauger, Winchester, Edmondson, Combs, Gurich, Darby, JJ., concur;

Rowe, V.CJ. and Kuehn, J., dissent.

 

 

 

EXHIBIT A

RULES GOVERNING ADMISSION
TO THE PRACTICE OF LAW
IN THE STATE OF OKLAHOMA

Adopted and Promulgated by the Supreme Court of Oklahoma in Revised Form on the 7th day of February 2023.

RULE FIVE 

EXAMINATION

In effect on July 1, 2024March 1, 2021;

All applicants for admission by examination who score at least a 260264 on the Uniform Bar Examination (UBE), either in Oklahoma or by transfer of the score from a UBE administered in another UBE jurisdiction authorized by the NCBE and are otherwise qualified under these rules shall be recommended by the Board of Bar Examiners to the practice of law in this state. Prior to July 1, 2024, all applicants for admission by examination who scored at least a 264 on the UBE, either in Oklahoma or by transfer of the score from a UBE administered in another UBE jurisdiction authorized by the NCBE and who are otherwise qualified under these rules shall be recommended by the Board of Bar Examiners for admission to the practice of law in this state.

There shall be held two bar examinations each year, at dates, times, places and duration to be prescribed by the Board of Bar Examiners.

 

 

 

EXHIBIT A

RULES GOVERNING ADMISSION
TO THE PRACTICE OF LAW
IN THE STATE OF OKLAHOMA

Adopted and Promulgated by the Supreme Court of Oklahoma in Revised Form on the 7th day of February 2023.

RULE FIVE 

EXAMINATION

In effect on July 1, 2024;

All applicants for admission by examination who score at least a 260 on the Uniform Bar Examination (UBE), either in Oklahoma or by transfer of the score from a UBE administered in another UBE jurisdiction authorized by the NCBE and are otherwise qualified under these rules shall be recommended by the Board of Bar Examiners to the practice of law in this state. Prior to July 1, 2024, all applicants for admission by examination who scored at least a 264 on the UBE, either in Oklahoma or by transfer of the score from a UBE administered in another UBE jurisdiction authorized by the NCBE and who are otherwise qualified under these rules shall be recommended by the Board of Bar Examiners for admission to the practice of law in this state.

There shall be held two bar examinations each year, at dates, times, places and duration to be prescribed by the Board of Bar Examiners.

 

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 Title 5. Attorneys and the State Bar

 
Cite
Name
Level

 
5 O.S. Rule 5, 
Examination
Cited

 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA